UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

HUMBERTO FORTE-PEREZ,

Petitioner,

v.

WARDEN, CALIFORNIA CITY IMMIGRATION PROCESSING CENTER, et al.,

Respondents.

No. 1:26-cv-05612-DAD-SCR

ORDER ADOPTING FINDINGS AND RECOMMENDATIONS

(Doc. Nos. 1, 6)

Petitioner is a federal immigration detainee proceeding *pro se* with a petition for a writ of habeas corpus pursuant to 28 U.S.C. § 2241. This matter was referred to a United States Magistrate Judge pursuant to 28 U.S.C. § 636(b)(1)(B) and Local Rule 302.

On August 6, 2026, the magistrate judge issued findings and recommendations recommending that petitioner's habeas petition (Doc. No. 1) be granted. (Doc. No. 6.) Specifically, the magistrate judge concluded that respondents' argument that petitioner is subject to detention pursuant to 8 U.S.C. § 1231(a)(1)(C) because petitioner is preventing his removal to Mexico is baseless in light of the fact that petitioner was ordered removed to Cuba, not Mexico, and the removal period expired roughly 18 years ago. (*Id.* at 4–6.) The magistrate judge further concluded that respondents failed to meet their burden to show that there is a significant likelihood of petitioner's removal in the reasonably foreseeable future. (*Id.* at 6–7.) Finally, the

magistrate judge concluded that respondents' failure to adhere to the procedural requirements of 8 C.F.R. § 241.13(i)(3) when revoking petitioner's release provides independent due process grounds to grant habeas relief. (*Id.* at 7–8.) The findings and recommendations were served on the parties and contained notice that any objections thereto were to be filed within seven (7) days of service. (*Id.* at 8–9.) On August 13, 2026, respondents filed objections to the findings and recommendations which are comprised of a single sentence stating that respondents object for the reasons stated in their prior briefing. (Doc. No. 7.) These objections do not provide a basis upon which to reject the pending findings and recommendations.

In accordance with the provisions of 28 U.S.C. § 636(b)(1)(C), this court has conducted a *de novo* review of the case. Having carefully reviewed the entire file, the court concludes that the findings and recommendations are supported by the record and by proper analysis.

For the reasons above,

1. The findings and recommendations filed on August 6, 2026 (Doc. No. 6), are ADOPTED in full;
2. The petition for writ of habeas corpus (Doc. No. 1), is GRANTED as follows:
    a. Respondents are ORDERED to immediately release petitioner Humberto Forte-Perez, A-File No. 022-806-452, from respondents' custody on the same conditions, if any, he was subject to prior to his re-detention on or about March 15, 2026;
    b. Respondents are ENJOINED AND RESTRAINED from re-detaining petitioner for any purpose, absent exigent circumstances, without complying with the requirements of 8 C.F.R. § 241.13;

/////

/////

/////

/////

/////

/////

3. The Clerk of the Court is directed to serve a copy of this order on the California City Detention Facility; and

4. The Clerk of the Court is also directed to enter judgment in favor of petitioner and to close this case.

IT IS SO ORDERED.

Dated: **August 18, 2026**

Dale A. Drozd

DALE A. DROZD
UNITED STATES DISTRICT JUDGE